1
2
3
4
5          UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    LARRY GIRALDES,                           No.  2:14-cv-726-JAM-EFB P

9                    Plaintiff,

10        v.                                    ORDER

11   OANIA, et al.,

12                    Defendants.

13

14        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

15   U.S.C. § 1983.  On October 28, 2015, the magistrate judge issued an order denying plaintiff's

16   request for appointment of counsel.   ECF No. 36.  Plaintiff seeks reconsideration of that order.

17   ECF No. 43.

18        Local Rule 303(f) provides that magistrate judge's orders shall be upheld unless "clearly

19   erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not

20   appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

21        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

22   magistrate judge filed October 28, 2015, is affirmed.  The Clerk of the Court shall terminate

23   docket entry number 43.

24   DATED:  December 10, 2015

25                                             /s/ John A. Mendez_____

26                                             UNITED STATES DISTRICT COURT JUDGE

27

28