IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GIRALDES,** | Case No. 2:14-cv-00726 EFB P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **OANIA, et al.,** | |

The Court has reviewed Defendants' request for sixty-day modification of the scheduling order to file dispositive motions after the Court rules on their pending motion to compel. Good cause appearing for that request, the dispositive motion deadline is vacated and will be reset sixty-days after the Court rules on Defendants' pending motion to compel.

**IT IS SO ORDERED.**

Dated: March 3, 2016.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE