IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY GIRALDES,** | Case No. 2:14-cv-00726-JAM-EFB P |
| Plaintiff, | **[PROPOSED] ORDER** |
| **v.** | |
| **OANIA, et al.,** | |
| Defendants. | |

The Court has reviewed Defendant Macomber's request for an extension of time to supplement his responses to Requests for Production of Documents.  Good cause appearing for that request, Defendant Macomber shall have until July 25, 2016, to serve his supplemental responses to Requests for Production of Documents.

**IT IS SO ORDERED.**

Dated:  July 18, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:14-cv-00726 EFB)