1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY GIRALDES,                          No.  2:14-cv-726-JAM-EFB P

12              Plaintiff,

13         v.                                  ORDER

14    OANIA, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On June 23, 2016, the magistrate judge filed findings and recommendations herein which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23    objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire

26    file, the court finds the findings and recommendations to be supported by the record and by

27    proper analysis.

28    /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed June 23, 2016, are adopted in full; and

3        2.  Plaintiff's motion for a preliminary injunction (ECF No. 59) and motion to stay (ECF

4    No. 58) are denied.

5        DATED:  August 25, 2016

6                                        /s/ John A. Mendez_____

7                                        UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2