UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. 2:14-cv-0726-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| OANIA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants have filed a motion for terminating sanctions, as well as a request that the court extend the deadline by which they may file dispositive motions. Good cause appearing, the request to extend the deadline for filing dispositive motions (ECF No. 115) is granted. Accordingly, in the event the court declines to grant defendants' pending motion to terminate this case, it will grant defendants another sixty days in which to file dispositive motions.

So ordered.

DATED: November 28, 2017.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE