UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OANIA, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-726-JAM-EFB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 13, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed December 13, 2017, are adopted in full;

/////

1

2. Plaintiff's "Motion for Extension of Time and/or Stay," (ECF No. 113) is denied; and

3. As plaintiff has filed his opposition to defendants' "Renewed Motion for Terminating Sanctions or Involuntary Dismissal" (ECF No. 112) and defendants have filed a reply thereto, the motion stands submitted for decision before the magistrate judge.

DATED: February 21, 2018

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE